1006 

[No. 25311-2-III. Division Three. October 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH HERSCHEL FOSTER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-01729-9, Dennis D. Yule, J., entered June 15, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kulik, JJ.

[No. 57569-4-I. Division One. October 15, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. NEELESH PHADNIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-07782-6, Helen Halpert, J., entered November 8, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 58096-5-I. Division One. October 15, 2007.]

*In the Matter of the Marriage of* SHANN O'ROURKE, *Respondent*, and MICHAEL O'ROURKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-3-04225-2, Catherine D. Shaffer, J., entered March 24, 2006. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker and Cox, JJ.

[No. 58176-7-I. Division One. October 15, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER DEAN ENGEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-11001-1, James D. Cayce, J., entered April 28, 2006. *Affirmed* by unpublished per curiam opinion.